ASCENSION LAW GROUP
PAMELA TSAO( 266734)
17802 Irvine Blvd.
Suite 117
Tustin, CA 92780
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff  QUY TRUONG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUY TRUONG, an individual,  Plaintiff,  vs.  JASPREET SINGH, in his individual capacity and as trustee of the JASPREET SINGH REVOCABLE LIVING TRUST; and DAVID W. BREWER, an individual;  Defendants. | Case No.: 8:20-cv-00162-DSF-KES  **NOTICE OF CONDITIONAL SETTLEMENT** |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: October 1, 2020

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Quy Truong